UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYRONE REAVES,<br><br>        Plaintiff,<br><br>    v.<br><br>VIPEN SHAH, WEXFORD MEDICAL SOURCES, CANTINA FOOD SERVICES, SUZANN BAILEY, WARDEN LASHBROOK and BETSY SPILLER,<br><br>        Defendants. | Case No. 15-cv-1422-JPG- |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 31) of Magistrate Judge Philip M. Frazier recommending that the Court grant the motions to dismiss for lack of prosecution filed by defendants Shah, Bailey, Lashbrook and Spiller (Docs. 28 & 30), dismiss the remaining claims in this case for lack of prosecution, and find moot the defendants' motions for summary judgment (Docs. 23 & 29).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 31);

- **GRANTS** the motions to dismiss for lack of prosecution filed by defendants Shah, Bailey, Lashbrook and Spiller (Docs. 28 & 30);

- **DISMISSES** the remaining claims in this case **with prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for lack of prosecution;

- **FINDS MOOT** the defendants' motions for summary judgment (Docs. 23 & 29); and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   May 10, 2016**

                                                    s/ J. Phil Gilbert
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**